|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER K. POST, | No. 1:17-cv-00677-JLT (HC) |
| Petitioner, | **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** [Doc. No. 2] |
| v. | |
| ON HABEAS CORPUS, | **ORDER DIRECTING PETITIONER TO PAY FILING FEE** |
| Respondent. | **[THIRTY DAY DEADLINE]** |

On May 17, 2017, Petitioner filed a petition for writ of habeas corpus along with an application to proceed in forma pauperis and a certified copy of his prison trust account statement. Examination of his application to proceed in forma pauperis and his trust account statement reveals that Petitioner is able to afford the costs of this action. Specifically, in the six months prior to filing, Petitioner has had an average balance of at least $100.00 in his account, and his current balance is $227.22.

Accordingly, the motion to proceed in forma pauperis is DENIED. See 28 U.S.C. § 1915. Petitioner is **ORDERED** to pay the $5.00 filing fee within thirty days of the date of service of this order. Failure to follow this order may result in a recommendation that the Petition be dismissed pursuant to Local Rule 11-110.

1

IT IS SO ORDERED.

Dated: **May 26, 2017**                 **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE